UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br> Plaintiff, <br><br> v. <br><br> **A-Sha Corner, LLC;** and Does 1-10, <br><br> Defendants | Case No.: 3:22-cv-00066-WHO <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE <br><br> Honorable Judge William H. Orrick |

**ORDER**

Pursuant to joint stipulation of the parties, and finding good cause therefore, is hereby ordered:

The stipulation is granted.

Plaintiff's opposition deadline to Defendant's Motion to Relate Cases is continued to March 28, 2022.

**IT IS SO ORDERED.**

Dated: March 15, 2022

By: _____

**HON. WILLIAM H. ORRICK**
Judge of the U.S. District Court

---